PEOPLE v CLARK

ASSAULT AND BATTERY—FELONIOUS ASSAULT—SPECIFIC INTENT.
    Specific intent is not an element of the crime of felonious assault
    (MCLA 750.82).

Appeal from Recorder's Court of Detroit, John
R. Murphy, J. Submitted Division 1 June 7, 1973,
at Detroit. (Docket No. 15738.) Decided July 26,
1973.

Ronald T. Clark was convicted of felonious as-
sault. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,*
Chief, Appellate Department, and *Thomas P.
Smith,* Assistant Prosecuting Attorney, for the
people.

*Charles Burke,* for defendant.

Before: BRONSON, P. J., and V. J. BRENNAN and
WALSH,* JJ.

PER CURIAM. The appellant was charged with
and convicted by a jury of felonious assault (MCLA
750.82; MSA 28.277) and sentenced to a term of
two to four years imprisonment.

REFERENCE FOR POINTS IN HEADNOTE
6 Am Jur 2d, Assault and Battery §§ 48, 51.
* Circuit judge, sitting on the Court of Appeals by assignment.

The only issue on appeal is whether felonious assault is a specific intent crime.

This court has recently held in *People v Rohr,* 45 Mich App 535; 206 NW2d 788 (1973), that specific intent is not an element of the crime of felonious assault. See also *People v Burk,* 238 Mich 485, 489; 213 NW 717, 718 (1927).

Affirmed.